**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** <u>SOUTHERN</u> **DISTRICT OF TEXAS**
<u>CORPUS CHRISTI</u> **DIVISION**

Clerk, U.S. District Court
Southern District of Texas
FILED

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

JAN 14 2016

David J. Bradley, Clerk of Court

<u>Phillip Jackson #1889921</u>
Plaintiff's name and ID Number
<u>Wayne Scott Unit</u>
<u>6999 Retrieve Rd.</u>
<u>Angleton,Texas 77515</u>
Place of Confinement

CASE NO: _____
(Clerk will assign the number)

v. <u>David Gutierrez/Presiding Officer</u>
<u>Price Daniel, Sr.Bldg.</u>
<u>209 West 14th St, Ste.500</u>
<u>Austin,Texas 78757</u>
Defendant's name and address
<u>Beth Benoit/Program Supervisor 1</u>
<u>8610 Shoal Creek Bvld</u>
<u>Austin Texas 78757</u>
Defendant's name and address

_____
_____
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I.  PREVIOUS LAWSUITS:**

    A.  Have you filed any other lawsuits in the state or federal court relating to imprisonment? _____ YES \_\_\_X\_\_\_ NO

    B.  If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: \_\_\_\_NONE_____

        2.  Parties to previous lawsuit:
            Plaintiff(s): _____NONE_____

            Defendant(s): _____NONE_____

        3.  Court (If federal, name the district; if state, name the county) \_\_\_\_\_NONE_____

        4.  Docket Number: \_\_\_\_NONE_____

        5.  Name of judge to whom case was assigned: \_\_\_\_NONE_____

        6.  Disposition: (Was the case dismissed, appealed, still pending?)
            NONE

        7.  Approximate date of disposition: \_\_\_\_NONE_____

ATC 1983 (Rev. 04/06)                Page 2 of 5

**II. PLACE OF PRESENT CONFINEMENT:**    Wayne Scott Unit

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution?  __X__    YES   __    NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV. PARTIES TO THE SUIT:**

A.  Name of address of plaintiff:    Phillip  Jackson #1889921, Wayne Scott Unit, 6999 Retrieve Rd, Angleton,Texas 77515

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1:  David Gutierrez/Presiding Officer, Texas Board of Pardons and Paroles, Price Daniel, Sr Bldg, 209 West 14th St, Ste.500 Austin,Texas 78701

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Violation u.s.c 14th Amend. Due Process/Liberty Interest. U.S Const Art 1,§9.cl.3 and §10,cl.1 Expost Facto Clause/imposing more punish-ment

Defendant #2:    Beth Benoit/Program Supervisor 1, Texas Board of Pardons and Paroles 8610 Shoal Creek Bvld,Austin,Texas 78757

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Same as defendant #1

Defendant #3: _____

_____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_____

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. I was received to TDCJ-ID IN September 2003. On intake I was placed under House Bill 1433 Discretionary Mandatory Supervision". Due to the fact there was no affirmative finding of Deadly weapon and no Serious Body Injury. On July 2008 I was Granted "Mandatory Supervision release. On May 2013 my Parole was revoked for a technical violation and was returned to TDCJ under the same TDCJ-ID number and original charge. On intake Parole Board and TDCJ, Illegally took my H.B 1433 that I was under and changed my Parole eligibility requirements under a different statute. Each defendant are supervisors of their department. They have been notified of my U.S Const.Violations and are the primary ones that can correct these violations, but refuse to. Which this is a on going claim till the merit is corrected. This illegal constitution violations took place at Gaza West Unit in Beeville Texas.

## VI. RELIEF:

**RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes. Issue a Declaratory judgement stating that each defendant violated Plaintiffs 14th Amendment and ExPost facto clause; and a mandatory preliminary injunction to be place back under H.B 1433 statute.

## VII. GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases:

Phillip Bernard Jackson

B.  List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

TDCJ-ID #1189921

## VIII. SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES  X  NO

B.  If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (If federal, give district and division): ____ NONE

2.  Case Number: ____ NONE

3.  Approximate date sanctions were imposed: ____ NONE

4.  Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES _X_ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____NONE_____

2. Case number: _____NONE_____

3. Approximate date warning were imposed: _____NONE_____

Executed on: __Jan. 7 2016__          __Phillip Jackson__
                    (Date)                              (Printed Name)

                                          __Phillip Jackson__
                                                (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __7__ day of __Jan__, 20 __16__.
                 (Day)            (Month)              (Year)

                                          __Phillip Jackson__
                                              (Printed Name)

                                          __Phillip Jackson__
                                              (Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Phillip Jackson #1889921
     Plaintiff

V

David Gutierrez/Presiding Officer
Beth Benoit/Program Supervisor 1       Case No._____
Sued in their official capacities.

## COMPLAINT/WITH MANDATORY AND PRELIMINARY INJUNCTION
### INTRODUCTION

This is a civil rights action filed by Phillip Jackson, 1189921, a state prisoner, for an Mandatory and Preliminary Injunction relief under 42 U.S.C §1983, alleging denial of Due Process Clause of the Fourteenth Amendment by being deprived of a state created liberty,"House Bill 1433 Discredtionary Mandatory Super-vision" and imposed more sever punishment putting the Plaintiff at a disadvantage affecting his parole eligibility dates, a violation of the U.S Const.Art 1$9, cl,3 and §10, cl 1 ExPost Facto Clause..

### JURISDICTION

1. The court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights under 42 U.S.C §§1331 (1) and 1343.

### PARTIES

2. Plaintiff, Phillip Jackson #1189921 was incarcerated at the Garza West Unit during the events in this complaint.

3. Defendant, David Gutierrez as the Presiding Officer for the Texas Board of Pardons and Paroles. He is sued in his official **capacity.**

4. Defendant Beth Benoit is the Program supervisor 1 for the Texas Board of Pardons and Paroles. She is sued in her official capacity.

1

5. Both defendants have acted, and continue to act, under color of state law at all times relevant to this complaint.

FACT

6. On 9/26/2003, the plaintiff on intake at Garza West Unit, Beeville,Texas, was placed under House Bill 1433 "Discrectionary Mandatory Supervision" candidate. (Exhibit 1 ).

7. On 4/5/2006 Parole Board voted and denied parole.(Exhibit 2)

8. On 7/1/2008 Parole Board voted and Granted plaintiff his H.B 1433"Discrectionary Mandatory Supervision.

9. On 5/3/2013 Plaintiffs parole was revoked for a technical violation and was returned to TDCJ.

10. On 5/6/2013 defendants illegally deprived plaintiffs state created liberty interest H.B 1433.(Exhibit 4)

DENIAL OF DUE PROCESS

11. On 5/6/2013 defendants illegally arbitrarily abogated plaintiff state created liberty interest, H.B 1433 "Discrectionary Mandatory Superision.

12. On 5/6/2013 defendant did not give notice before their intent of the illegal actions, nor did the defendants hold a hearing for me to present any evidence on my behalf or consider my parole file from 9/26/2003, before depriving my liberty interest. Defendants denied plaintiff not merely a possibilty but an expectancy of release, and refuse to correct the liberty. This is a ongoing violation that affects the plaintiff until the claims are corrected.

ExPost Facto Clause

13. On 5/6/2013 defendants put the plaintiff at a disafvantage by creating a significant risk of increasing his punishment,by spendingfor time in prison, and those work & good time credits counts.

14. Defendants changed the records by doing that, that has put the plaintiff under a different statutory precursor that plaintiff don't meet those elements of that offense. The defendants exceeded the punishment by promulgating my parole eligibility which the law only requires. Because Parole Boards actions are considered law. Also, this is a ongoing violation that affects the plaintiff until the claims are corrected.

2

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. I am the plaintiff in this case. I make this affidavit in support of procedures.

2. Plaintiff is not required to use the grievance system for his state created liberty claim.

3. But plaintiff has gave defendants "Claim of Notice" on 12/29/15.

4. I-60 sent to their officer "Notifying them of the constitutional violation of the deprivation of my liberty. On 12/2/15 Exhibit 'B'.

5. Filed for Title 37 Administrative Code, Part 5, Chap.145, Sub Chap. 'A' Rule 145.17, requesting to be placed back under House Bill 1433. On 12/1/15 Exhibit 'C'.

6. Plaintiff has got no response from defendants.

## CLAIMS FOR RELIEF

15. The actions of the defendants Gutierrez and Benoit in denial of Due Process to give notice and give a hearing to plaintiff before depriving him of a state created liberty interest and a expectancy of release violated the Fourteenth Amendment to the United State Constitution.

16. Also, the illegal actions of the defendants Gutierrez and Benoit in increasing plaintiffs punishment, concerning parole eligibility and having to spend more time in prison then the law required. Violated the ExPost Facto Clauses, U.S Const.Art.1 §9,cl.3, and 10, cl 1.

17. Plaintiff has filed for a Special Review/Consideration under the administration Code 145.17(2)(c), Notice of Claims and I-60 to defendants concerning the House Bill 1433 "Discrectionary Mandatory Supervision" violation of 14th Const.Amendment and and ExPost Facto Clauses. But to no avail.

## RELIEF REQUEST

WHEREFORE, Plaintiff request that the Court grant the following relief:

A. Issue a declaratory judgement stating that:

1. The illegal arbitrary abrogated deprivation of plaintiff

3

**state created liberty interest by not giving notice and holding** a hearing done by defendants Gutierrez and Benoit violated and continuing to violate plaintiffs rights under the due process clause of the fourteenth amendment to the United States Constitution.

2. Defendants Gutierrez and Benoit, put plaintiff at a disadvantage by creating a significant risk of increasing plaintiffs punishment by promulgating his parole eligibility and having to spend more time in prison, violated and continue to violate the ExPost Facto Clause, Art.1§9,cl.3, and 10,cl.1.

B. Issue an injunction ordering defendants Gutierrez and Benoit to:

1. Place plaintiff back under the House Bill 1433 "Discrectionary Mandatory Supervision statute which he is supposed to be under, with restoration of all rights to H.B 1433 statute.

C. Grant such other relief as it may appear that plaintiff is entitled.

January 7,2016
Respectfully Submitted,
Phillip Jackson #1189921
Wayne Scott Unit
6999 Retrieve Rd.
Angleton,Texas 77515

### DECLARATION OF COMPLAINT WITH INJUNCTION

I am the plaintiff in the above entitled action. I make this declaration in support of my complaint with injunction that the foregoing is true and correct, pursuant to 28 U.S.C §1746.

Executed on this the 7 day of January ,2016

Phillip Jackson #1189921
Wayne Scott Unit
6999 Retrieve Rd
Angleton,Texas 77515

4

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION


Phillip Jackson #1189921

     Plaintiff

V                                     Cause No_____

David Gutierrez/Presiding Officer

Beth Benoit/Program Supervisor 1,

Sued in their Official Capacities


DECLARATION IN SUPPORT OF EXHAUSTION OF PROCEDURES


Phillip Jackson, #1889921:

1. I am the plaintiff in this case. I make this affidavit in support of procedures.
2. Plaintiff is not required to use the grievance system for his state created liberty claim.
3. But plaintiff has gave defendants "Claim of Notice" on 12/29/15.
4. I-60 sent to their office "Notifying them of the constitutional violation of the deprivation of my liberty. On 12/2/15 Exhibit'B'.
5. Filed for Title 37 Administrative Code, Part 5, Chap. 145, Sub Chap 'A' Rule 145.17, requesting to be placed back under House Bill 1433. On 12/1/15 Exhibit 'C'
6. Plaintiff has got no response from defendants.

Pursuant to 28 U.S.C 1746, I declare under penalty of perjury that the following is true and correct.

*Phillip Jackson*

1-7-16

Case 2:16-cv-00017    Document 1    Filed 01/14/16 in TXSD    Page 11 of 28

## INMATE REQUEST TO OFFICIAL

[illegible]

[illegible]

- 1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

- ☐ Restoration of Lost or taken time (Unit Warden if approved, it will be forwarded to the State Disciplinary Committee)

- 3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden if approved, will be forwarded to the Director of Classification)

- ☒ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

- 5. ☐ Visiting List (Approval or disapproval, [illegible] Planning)

- 6. ☐ Parole requirements and related information (Unit Parole Counselor)

- 7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

- 8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Reesie Owens, David Gutierrez, Beth Bonot
(Name and title of official)

DATE: 12-2-15

ADDRESS:

Case 2:16-cv-00017   Document 1   Filed 01/14/16 in TXSD   Page 12 of 28

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I was under House Bill 1433 "Discretionary Mandatory Supervision" on which on 9-1-2003 I ~~made~~ was granted my H.B 1433 parole in July 2008. I returned on a technical violation on 5-3-2013 to TDCJ-ID under my same TDCJ number and original charge. I am being deprived of my Liberty interest of being statute H.B 1433 I request that I be placed back under the H.B 1433 Statute. This action is violating my U.S.C 14th Amend and Ex Post Facto Claws.

Name: Phillip Jackson    No: 1187771    Unit: Ramse 2

Living Quarters: C14-2-15-B    Work Assignment: I/s reed Sgl

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

Exhibit "B"

Phillip Jackson 311#4521
Wayne Scott Unit
6099 Retrieve Rd
Angleton,Texas 77515


Commissioner: Resie Owens;
Presiding Officer: David Gutierrez
Program Supervisor: Beth Benoit
Texas Board of Pardons and Paroles
Central Office
8610 Shoal Creek Blvd
Austin,Texas 78757


RE: H.B.1433 "MANDATORY SUPERVISION"

Subj:  Notice of Claim/Intent to Sue under 42 U.S.C 1983

Mr/Ms Owens, Gutierrez, Benoit;

1)  I  have  filed  for  a  Special review under title 37, 145.17
    asking to be reviewed under H.B.1433 "Dis Mandatory Supervision.
2)  My  offense  date  was  4-1-2000  for Agg.Assault and was given
    defered probation.
3)  July 2003  my  probation was revoked, with judgement sheet for
    for  TDCJ  and  Parole Board saying "no finding of Deadly Weapon
    and no serious Body injury".
4)  I was classified under H.B.1433 canidate on intake, 2003;
5)  I seen parole in 2 years of my sentence.
6)  On July 2008 I was granted my H.B.1433 Dis Mandatory Supervision.
7)  On  April 2013 my parole was revoked for a technical violation
    and returned to TDCJ-ID.
8)  I am under my same TDCJ-ID number and original offense charge.
9)  I  am  deprived of  my state created liberty interest of being
    under statute H.B.1433 a date for parole release when my credits
    equals 100% of my time
10) Having  my  14th Constitutional Amendment of Due Process, 5th
    Amend.  of "Equal Protection, 8th Const Amend, deliberate indif-
    ference and U.S Const, Art  I  9, cl.3, and 10, cl I ExPost
    facto clause, right of petition the Courts was violated by

Page 1 of 2

Exhibit "A"

Texas Board of Pardons and Parole. Ms.Owens, Ms.Benoit, Mr. Gutierrez.

## RELIEF

I request that I be placed back under H.B.1433 statute Dis Mandatory Supervision" and my Parole/TDCJ-ID file be corrected and a copy sent to me with corrections in the allowed 10 working days.

## DECLARATION OF VERIFICATION

Pursuant to 28 U.S.C 1746, I declare under penalty of perjury that the following is true and correct.

## DECLARATION AS TO SERVICE

I am the Plaintiff in the above-entitled matter. And I placed this notice of claim in the Wayne Scott Unit, 6999 Retrieve Rd, Angleton,Texas 77515 mailing system (Mail Box) on December 29 2015 under the mail box rule. Ramos V Richardson, 228 S.W 3d 671, 673 (Tex.2007)

Respectfully Submitted

Phillip Jackson #1189921

Executed on December 29, 2015

Exhibit "A"

December 1, 2015

Phillip Jackson, #1159921
A.M. Stringfellow Unit
1200 FM 655
Rosharon, TX 77533

To:    Texas Board of Pardons and Paroles
ATTN:  Board Administration
       P.O. Box 13401
       Austin, TX 78711

RE:  Motion/Request for Special Review

Comes now, Offender Phillip Jackson, Request for Special Review in ac-
cordance with Texas Administrative Code, Title 37, Part 5, Chap. 145, Sub
Chap. A, Rule 145.17.

   (e)  The board administration shall refer to the special parole panel
        only those requests for special review which meet the criteria
        set forth herein.

        (1)  a written request on behalf of an offender is received which
             cites information not available to the parole panel; or

   (g)  Information not previously available shall mean only:

        (3)  an allegation that the parole panel has committed an error
             of law or board rule.

                          State of the Case

     In July 24, 2003, offender was convicted on a plea of deffered probation
for aggravated assault without an affirmative finding of a deadly weapon
or serious bodily injury.  (See Exhibit A - Judgement adjudicating guilt.)
Offender received Tracking System at intake Garza West, that showed offender
was under Discretionary mandatory Supervision release candidate.
House Bill 1433 and Flat & Good TDC Calc Parole: 7-05-2004 (See Exhibit B
Tracking System).  Offender made parole on 7-1-2008.  Offender was returned
to TDCJ for a technical violation on 5-3-2013 under the same TDCJ-ID number,
#1159921, and original charge (See Exhibit C Inmate Tracking System).  Of

1
Exhibit "C"

fender was denied due process and equal protection by law laying that offender is not under HB 1433 Discretionary Mandatory Supervision release. Therefore, saying that Offender is under aggravated statute. Therefore, pushing his parole back and not having the benefit of the HB 1433 Discretionary Mandatory Supervision parole review.

## Argument and Authorities

Offender does not meet the Texas Penal Code Section 3g(a) of Article 42.12 which shows by Judgement Sheet (Exhibit-A), that has no affirmative finding of a deadly weapon or no showing of serious bodily injury. "This issue implicates a fundamental liberty interest. A deadly weapon finding does not alter the sentence that may be imposed but does affect an offender's eligibility for probation and parole." Ex Parte Huskins, 176 S.W.3d 818, 820 (Tex.Crim.App. 2005).

"Purpose of making affirmative deadly weapon finding is to assist in calculating prisoner's parole eligibility date." Kinkaid v. State, 184 S.W.3d 926 (Tex.App. Waco-2006).

"Inmate convicted of second degree felony offense or aggravated assault 2as not serving a sentence for a first or second degree felony offense or a statutory precuser when his parole was revoked offense was not expressly identified as an offense for which mandatory supervision was unavailable and criminal conduct underlying conviction did not satisfy the elements for a first or second degree conviction under the version of the aggravated assault statutes in effect when parole was revoked." Ex Parete Noyola, 215 S.W.3d 862 (Tex.Crim.App-2007).

In sum, the use of "explicitly mandatory language" in connection with the establishment of 'specified', substantive predicates to limit discretion forces a conclusion that the State has created a liberty interest. Hewitt v. Helms, 103 S.Ct. 864, 871 (1983).

This shows by offender's first incarceration (See Exhibit-B), putting him under H.B. 1433 "Discretionary Mandatory Supervision," and offender's sentence is not being treated as aggravated statute, Art. 42.12 (3)(g). Therefore offender made parole before the halfway point and only returning to TDCJ on a techni-

-2-

Exhibit "C"

cal violation under the same TDCJ-ID Number, (See Exhibit-C). The offender is entitled to be under the H.B. 1433 Discretionary Mandatory Supervision Parole Review process.

The wrong by the Parole Board and TDCJ violated offender's U.S. Constitutional Amendments, 14 and 5 of Due Process and Equal Protection which was done intentionally to deprive offender of a favorable parole outcome. Taylor v. Johnson, 257 F.3d 470-74 (5th Cir. 2001), that the State Legislation and the U.S.C. provides.

II.

83rd Legislation, Chapter 1154, S.B. 213
Gov. Code 508.144 Parole Guidelines and Range of Recommended Parole Approval Rates, Texas Administration Code, Title 37; 145.2 Standard Parole Guidelines

    (a)  The Board shall:

    (1)  Develop according to an acceptable research method the parole guidelines that are the basic criteria on which a parole decision is made.

    (2)  Base the guidelines on the seriousness of the offense and the likelihood of a favorable parole outcome.

    (3)  Ensure that the guidelines require consideration of an inmate's progress in any programs in which the inmate participated during the inmate's term of confinement.

    (4)  Establish and maintain a range of recommended parole approval rates for each category or score within the guidelines; and

    (5)  Implement the guidelines.

    (b)  Provide a copy of the statement to the inmate.

"Crump v. Blaine C. Lafler Department of Corrections, 657 F.3d 393 (2011 U.S.App. Lexis 19253; Board of Pardons V. Allen, 482 U.S. 365-71, 107 S.Ct. 2415 "The term'Discretion' may instead signify that an official must use judgement in applying the standards set him or her by authority; in other words, an offical has discretion when applying the standards set by a statutory or regulatory scheme cannot be applied mechanically." Offender has taken every class that imposes of his offense; Voyagers, Cognitive Intervention Program, Changes, NCEER Plumbing and Pipefitting trades that is required of him set out in the guide-

-3-

Exhibit"C"

lines. Offender has cleaned up his life to be able to reintergate back into society. Also, the Parole Board never gave me a copy of the score to offender on the minute sheet.

## PRAYER

Offender prays and requests that the Texas State Board of Pardons and Parole grant the Motion/Request for Special Review and base their decision in accordance with the 83rd Legislation and Texas Government Code Law and Statutes without deviating from it, as the Parole Board agreed in the 2013 Texas Sun-set provision.

Respectfully Submitted,

Phillip Jackson
TDCJ-CID# 1189921
Stringfellow Unit
1200 F.M. 655
Rosharon, Texas 77583

CC: Senator John Whitmire
    Ana Yanez-Correa, Ph.D., Executive Director-Texas Criminal
        Justice Coalition.
    Brain McGiverin - Texas Civil Rights Project

-4-

Exhibit "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Phillip Jackson #1189921
     Plaintiff

VS

Cause No._____
Hon.

David Gutierrez/Presiding Officer
Beth Benoit/Program Supervisor 1.
Sued in their official capacities

APPENDIXES 1 THRU 7 and A,B,C

**Phillip** Jackson #1189921
wayne Scott Unit
6999 Retrieve Rd.
Angleton,Texas 77515

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Phillip Jackson #1189921
         Plaintiff

VS                                    Cause No. _____

David Gutierrez/Presiding Officer
Beth Benoit/Program Supervisor 1
Sued in their official capacities

AUTHENTICATION FOR APPENDIXES

TO THE HONORABLE JUDGE OF SAID COURT:

The appendixes contained within this set of appendixes is self
authenticated and others was received from attorney Lori K.
Redmon forwarded by Gloria Torres, open records coordinator.

DECLARATION OF AUTHENTICATION FOR APPENDIXES

I the plaintiff in the above-entitled action. Make this declara-
tion in support of authentication for appendixes that the forego-
ing is true and correct, pursuant to 28 U.S.C §1746.

Executed on this the __7__ day of __January__ 2016.

                                        _Phillip Jack_
                                        Phillip Jackson #1189921
                                        Wayne Scott Unit
                                        6999 Retrieve Rd
                                        Angleton,Texas 77515

TRACKING SYSTEM

CONFINEMENT DATA FOR:                                    PAGE    1

SID NO....: 06184455    TDC NO: 01189921    PIA NO:  000000
NAME......: JACKSON,PHILLIP                 DOB: 06/27/1979   RACE: B SEX: M
RECEIVED..: 09/29/2003 UNIT..: NH   GARZA WEST
SENT BEGN.: 02/16/2003                                                     L1
NET SENT..: 0012Y 00M 00D LEGISLATURE:      73RD    OUT OF CUST.:
MIN EXP DT: 02/16/2015    MS CALC CD.: N              BONUS TIME..:      0
MAX EXP DT: 02/16/2015    PAR CALC CD: FLAT & GOOD TDC CALC PAR: 07/05/2004
═══════════════════════════════════════════════════════════════════════════
     OFFENSE            MAX. TERM YMD  OFF DATE    SENT DATE CC P COURT/COUNTY
   DESCRIPTION            /SENT BEG                          CU L CAUSE
                         /MIN EXP    /MAX EXP    /PAROLE
                         /OUT OF CUST.
═══════════════════════════════════════════════════════════════════════════
**AGG ASLT             0012Y 00M 00D 04/23/2000 07/24/2003 CC G 105 NUECES
                       02/16/2003  JAIL GT:Y       00-GR-2318-D     CNT: 0
                       02/16/2015  02/16/2015 07/05/2004 MSCLG:   PRLCL:N

#DISCRETIONARY MANDATORY SUPERVISION RELEASE CANDIDATE-1433
JAIL GOOD TIME CREDITED FROM SENTENCE BEGIN DATE
70TH/72ND/73RD   LEGIS: NON-MANDATORY SUPV PROSPECT

REMARKS...: 9-25-2003 MBH.

Exhibit
(1)

(A) tdc01j78 - PASSPORT                                    Tuesday, July 14, 2015, 7:51:30 AM
CSSUKA25              TEXAS DEPARTMENT OF CRIMINAL JUSTICE              07:51:29
                        CLEMENCY AND PAROLE SYSTEM                      07/14/15
                          MINUTES BROWSE SCREEN
TDCJID NUMBER: 01189921          SID NUMBER: 06184455          PIA NUMBER: 000000
BPP NUMBER:                      NAME: JACKSON,PHILLIP
CURRENT STATUS: CURRENTLY IN ID
SEL ACTN DATE           PROCESS           ACTN        TYPE OF ACTION
  _  03-05-2008  REVIEW PROCESS           NTO     BOARD VOTE
  _  03-04-2008  REVIEW PROCESS           CASEP   MONTHLY CASE PULL
  _  08-03-2007  CURRENTLY AN INMATE      STLTR   TP DATE STATUS LTR
  _  08-02-2007  CURRENTLY AN INMATE      NR      RECORD HAS NO ACTION TYPE
  _  04-04-2007  REVIEW PROCESS           NTO     BOARD VOTE
  _  04-03-2007  REVIEW PROCESS           CASEP   MONTHLY CASE PULL
  _  08-29-2006  CURRENTLY AN INMATE      STLTR   TP DATE STATUS LTR
  _  08-28-2006  CURRENTLY AN INMATE      NR      RECORD HAS NO ACTION TYPE
  _  04-05-2006  REVIEW PROCESS           NTO     BOARD VOTE
  _  04-04-2006  REVIEW PROCESS           CASEP   MONTHLY CASE PULL
  _  08-26-2004  CURRENTLY AN INMATE      STLTR   TP DATE STATUS LTR
  _  08-25-2004  CURRENTLY AN INMATE      NR      RECORD HAS NO ACTION TYPE
  _  01-07-2004  REVIEW PROCESS           NTO     BOARD VOTE
PF1=HELP        PF2=BOARD ACTIONS MENU    PF5=DETAIL              PF3=CAPS MENU
PF6=REFRESH     PF7=SCROLL BACK           PF8=SCROLL FORWARD
PF10=CROSS REF  PF12=TDCJ MENU            CLEAR=EXIT
THERE ARE MORE MINUTES RECORDS TO BE VIEWED

Exhibit 2

```
REPORT: J3R286          T.D.C.J. - INSTITUTIONAL DIVISION   09/29/2003
MBR3030                         TATE READY SYSTEM
REQUEST: 75756                COMMITMENT DATA FORM                 PAGE  1
SID NO....: 06184455          TDC NO:          PIA NO: 000000
NAME......: JACKSON, PHILLIP                   DOB: 06/27/1979 RACE B SEX M
           LINE CLASS I
SENT BEGN.: 02/16/2003        CUR INCARC...:
MAX SENT..: 0012Y 00M 00D     HLD CNTY......: 178 NUECES
MIN EXP DT: 02/16/2015        MS CALC CD....: N          BONUS TIME:  0
MAX EXP DT: 02/16/2015        PARL CALC CD..: FLAT & GOOD
LEGIS.....: 73RD              TDC CALC PARL.: 07/05/2004 OUT OF CUST:
REMARKS...:
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
   OFFENSE          MAX. TERM YMD  OFF DATE   SENT DATE CC P COURT?COUNTY
   DESCRIPTION       /SENT BEG                          CU L CAUSE
                     /MIN EXP     /MAX EXP    /PAROLE
                     /OUT OF CUST.
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
**AGG ASLT         0012Y 00M 00D 04/23/2000 07/24/2003 CC G 105 NUECES
                   02/16/2003  JAIL GT:Y       00-CR- 2318-D    CNT:
                   02/16/2015  02/16/2015 07/05/2004   MSCLC:N PRLCL:N

   REMARKS:  9-25-2003 MBH
```

*DISCRETIONARY MANDATORY SUPERVISION RELEASE CANDIDATE - 1433

Exhibit "3"

(A) tdc01j78 - PASSPORT                          Tuesday, July 14, 2015, 8:18:44 AM

```
CSSUKA05              TEXAS DEPARTMENT OF CRIMINAL JUSTICE         07/14/2015
BPPDCICS/1J78          PUBLIC INFORMATION DISPLAY SCREEN            08:18:36


SID: 06184455  NAME: JACKSON,PHILLIP              SEX: M  RACE: B  EYE: BRO
TDC: 01189921  UNIT: MAC STRINGFELLO  SHOE SZ: 00 0  HAIR: BLK DOB: 06-27-1979
PIA: _____    POB: NUECES                        WEIGHT: 276 HEIGHT: 6 02
                                                  OIMS: N

OFFENSE OF RECORD
DESC: AGG ASLT                      FLAT-ONLY: N CTO-DATE: 01-01-0001
DWPN: N CC/CU: CC TDC: 01189921 PENAL: 022020 CAUSE: 00-CR-2318-D    CNT: 00


INITIAL REC DATE: 01-01-0001  FROM: _____  RESP COUNTY: _____
LATEST REC DATE: 05-06-2013  FROM: NUECES
ID DEPART DATE: _____    TO: _____   # OF DETAINERS:   0
REL TYPE: _____    STATE READY DATE: 04-26-2013  HOLDING CNTY: NUECES


INMATE TYPE:   ID        SEN LGTH: 0012 YRS 00 MO 00 DYS GD TME LOST: 00426
PAR ELIG DATE: 01-25-2012 PRJ REL DATE: 03-30-2018 MAX EXP DATE: 03-30-2018
CLASS: LINE CLASS I              RESTITUTION: N HB1433: N SB45: N SB917: N


PF2=XREF              PF3=PREV MENU     PF4=RAPP           PF5=MINUTES
PF6=REFRESH                    PF11=NEXT PAGE             PF12=MAIN MENU
ENTER ANOTHER SID OR TDCJID NUMBER AND PRESS < ENTER >
SID NUMBER: 06184455  TDCJID NUMBER: 01189921  PIA NUMBER: _____
```

Exhibit 4



# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES

## Hearing/Waiver Results

## CASE INFORMATION

| Name | TDCJ # | SID # | VR # |
|---|---|---|---|
| JACKSON,PHILLIP | 01189921 | 06184455 | 10649425 |

| Hearing Type | Hearing Date | Release Date |
|---|---|---|
| Revocation Hearing | 12/14/2012 | 2/12/2008 |

| Warrant Issued | Warrant Executed | Release Type | HB/SB Eligible |
|---|---|---|---|
| 11/17/2012 | 11/25/2012 | PAROLE | Yes |

| Maximum Expiration Date | Attorney Present |
|---|---|
| 02/16/2015 | Yes |

## PRESENT OFFENSES

| Offense Date | Offense Description | Sentence | Conviction County |
|---|---|---|---|
| 04/23/2000 | AGG ASLT | 12Y 0M 0D | NUECES |

## ALLEGATIONS and FINDINGS

> Rule 2 - Offense against state laws. I shall commit no offense against the laws of this state or of any other state or of the United States.

| Criminal Charge Type | Criminal Status | Offender Plea |
|---|---|---|
| Felony | Never Charged [NC] | Deny |
| **Hearing Officer Findings** | **Board Analyst Findings** | |
| No Finding | No Finding | |

**Complainant/Adjudication/Other**
Aggravated Assault W/Deadly Weapon PC22.01(2F). Victim-Roxanne Gonzalez.

**Allegation.**
AGG ASSAULT W/DEADLY WEAPON

> Rule 2 - Offense against state laws. I shall commit no offense against the laws of this state or of any other state or of the United States.

| Criminal Charge Type | Criminal Status | Offender Plea |
|---|---|---|
| Felony | Never Charged [NC] | Deny |
| **Hearing Officer Findings** | **Board Analyst Findings** | |
| Sustained as Amended | Sustained as Amended | |

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.

Exhibit "5"

# Law Office of Lori K. Redmond
## Attorney at Law

10701 Corporate Dr. Suite 203 • Stafford, Texas 77477
Tel: (281) 242-0800 • Fax: (281) 242-0878

July 15, 2015

Phillip Jackson # 1189921
Stringfellow Unit
1200 FM 655
Rosharon TX 77583

Dear Phillip:

Enclosed is a copy of the parole minutes from your last review(s) that I requested on your behalf. Please note, TDCJ considers some information to be confidential, which explains the black out marks on your minute sheet.

Take care. Keep positive. Let me know if you have any questions.

Sincerely,

Lori K. Redmond

Lori K. Redmond

State Ready System
Commitment Data Form for 9-29-2003 &

And Inmate tracking system from 9-29-2003

Exhibit "6"

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

—————————————————————— Brad Livingston
Executive Director

July 14, 2015

Lori K. Redmond
Fax# (281) 242-0878
Stafford, TX 77477

Re: Open Records Request #: **42517**

Offender Name: Jackson, Phillip    TDCJ /SID #1189921 / 06184455

To Whom It May Concern:

Enclosed is a copy of the minutes browse screen, and the public information display screen, for the above named offender. Any redactions or exclusions were made in order to comply with federal law and regulations.

Should you have any questions, please contact our office.

Sincerely,

*Connie Wallace*

Gloria Torres
Open Records Coordinator

CLOSED ON   7/14/2015

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE – PAROLE DIVISION
CENTRAL FILE COORDINATION UNIT

8712 Shoal Creek Blvd., Suite 100
Austin, Texas 78757
Phone (512) 406-5943

Exhibit "7"

P.O. Box 13401, Capitol Station
Austin, Texas 78711-3401
Fax (512) 459-4846

Phillip Jackson # 1189921
WayneScott Chit
6999 Retrieve Rd.
Angleton, TX. 77515



Clerk, U.
Southern

JAN

David J. Brad

CLER
United State
Southern Dis
1133 North
Corpus Ch