IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PHILLIP JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-17 |
| | § | |
| DAVID GUTIERREZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has before it Plaintiff Phillip Jackson's ("Jackson") Motion to Alter or Amend Judgment (D.E. 73), the Memorandum and Recommendations to Deny Plaintiff's Motion to Alter or Amend Judgment ("M&R") of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. § 636(b) (D.E. 77), and Jackson's Objections to the M&R (D.E. 84).

This Court previously granted Defendants' Motion for Summary Judgment as to Jackson's civil rights action pursuant to 42 U.S.C. § 1983 (D.E. 38),[1] denied Jackson's Motion for Summary Judgment (D.E. 22), denied Jackson's Motion for Preliminary Injunction (D.E. 26), and denied Defendant's request for a strike under 28 U.S.C. § 1915(g). *See* Order (Apr. 4, 2017), D.E. 66.

After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the Magistrate Judge's M&R to Deny Plaintiff's Motion to Alter or Amend Judgment (D.E. 77).

**IT IS SO ORDERED**.

SIGNED this 24th day of September, 2017.

_____
Hilda Tagle
Senior United States District Judge

---

[1] The undersigned declined to adopt the portion of the December 9, 2016 M&R that recommended that Plaintiff's claims were barred by the statute of limitations, (D.E. 66, pp. 2-4), but adopted the recommendations in all other respects. *See generally* Order (Apr. 4, 2017), D.E. 66.